# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ETHAN CONRAD, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01627-AWI-SAB<br><br>ORDER RE STIPULATION FOR EXTENSIONOF TIME<br><br>(ECF No. 9) |

　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant J.C. PENNEY CORPORATION, INC. shall file an answer or otherwise respond to Plaintiff's complaint on or before **January 10, 2020**.

IT IS SO ORDERED.

Dated: __**December 27, 2019**__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1