UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>ETHAN CONRAD, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01627-AWI-SAB<br><br>ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR RELIEF FROM SERVICE DEADLINE AND CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 16) |

Plaintiff Jose Trujillo filed this action alleging violations of the Americans with Disabilities Act and state law against Defendants BBD Los Banos Management LLC, Black Bear Diner Los Banos, L.P., J. C. Penny Company, Inc., Jose Ramirez, Ramirez-Vazquez, Inc., and Italian Café Gourmet Food Service, Inc. on November 13, 2019. (ECF No. 1.) On January 31, 2020, Plaintiff filed an *ex parte* application for an extension of time to serve Defendants Jose Ramirez, Ramirez-Vazquez, Inc., and Italian Care Gourmet Food Service, Inc.

Upon review of Plaintiff's *ex parte* application, the Court finds that good cause exists to extend the deadline for Plaintiff to serve the summons and complaint in this matter. Due to the extension of the service deadline, the Court shall continue the mandatory scheduling conference to allow for service and the filing of a responsive pleading.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's *ex parte* application for relief from the service deadline is GRANTED;
2. Plaintiff shall serve the complaint on Defendants Jose Ramirez, Ramirez-Vazquez, Inc., and Italian Cafe Gourmet Food Service, Inc. on or before **March 18, 2020**;
3. The mandatory scheduling conference set for February 18, 2020 is CONTINUED to **May 19, 2020, at 10:00 a.m.** in Courtroom 9; and
4. The parties shall file a joint scheduling report seven days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**February 3, 2020**__

UNITED STATES MAGISTRATE JUDGE