# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>            Plaintiff,<br><br>    v.<br><br>ETHAN CONRAD, et al.,<br><br>            Defendants. | Case No.  1:19-cv-01627-AWI-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE BBD LOS BANOS MANAGEMENT LLC AND BLACK BEAR DINER LOS BANOS, L.P. AS A PARTY IN THIS ACTION<br><br>(ECF No. 26) |

     Plaintiff Jose Trujillo filed this action against Defendants Ethan Conrad; BBD Los Banos Management LLC and Black Bear Diner Los Banos, L.P.; J.C. Penney Inc.; Jose Ramirez and Ramirez-Vazquez Inc.; and Italian Café Gourmet Food Service Inc. on November 13, 2019. (ECF No. 1.)  On December 27, 2019, Defendants BBD Los Banos Management LLC and Black Bear Diner Los Banos, L.P. filed an answer to the complaint.  (ECF No. 10.)  On January 9, 2020, Defendant J.C. Penney Company, Inc. filed an answer to the complaint.  (ECF No. 13.)  On January 27, 2020, Defendant Ethan Conrad filed an answer to the complaint.  (ECF No. 15.)  Defendant Italian Café Gourmet Food Service, Inc. filed an answer to the complaint and a cross claim for indemnification against Cross-defendant Ethan Conrad on February 25, 2020.  (ECF Nos. 19, 20.)  Defendant Ethan Conrad filed an answer to the cross claim on March 17, 2020.  (ECF No. 23.)  On April 8, 2020, Defendant Jose Ramirez and Ramirez-Vazquez, Inc. filed an

1

answer to the complaint. (ECF No. 25.) On April 30, 2020, a stipulation of dismissal as to Defendants BBD Los Banos Management LLC and Black Bear Diner Los Banos, L.P. was filed. (ECF No. 26.)

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' " Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). The Ninth Circuit has held that Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

As relevant here, Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Here, the stipulation is signed by all parties who have appeared in this action.

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendants BBD Los Banos Management LLC and Black Bear Diner Los Banos, L.P. as a defendant in this action.

IT IS SO ORDERED.

Dated: **April 30, 2020**

UNITED STATES MAGISTRATE JUDGE