# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ETHAN CONRAD, et al.,<br><br>　　　　Defendants. | Case No.  1:19-cv-01627-AWI-SAB<br><br>ORDER STAYING ALL PROCEEDINGS IN THIS MATTER AGAINST DEFENDANT J.C. PENNEY COMPANY PURSUANT TO 11 U.S.C. § 362<br><br>(ECF No. 30) |

Plaintiff Jose Trujillo filed this action on November 13, 2019.  (ECF No. 1.)  On May 19, 2020, Defendant J.C. Penney Company, Inc.,[1] filed a notice of automatic stay pursuant to 11 U.S.C. § 362.

Pursuant to 11 U.S.C. § 362(a), all actions against a defendant who has filed a bankruptcy petition are automatically stayed once the petition is filed.  Sternberg v. Johnston, 595 F.3d 937, 943 (9th Cir. 2010).

///
///
///
///

---

[1] The Court notes that the filing indicates the real party in interest J.C. Penney Corporation, Inc., was erroneously sued as J.C. Penney Company, Inc.  (ECF No. 30.)

1

Accordingly, all proceedings in this matter against Defendant J.C. Penney Company, Inc., have been stayed pursuant to Section 362(a) of Title 11, United States Code.

IT IS SO ORDERED.

Dated:  **May 20, 2020**

UNITED STATES MAGISTRATE JUDGE