# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>            Plaintiff,<br><br>    v.<br><br>ETHAN CONRAD, et al.,<br><br>            Defendants. | Case No. 1:19-cv-01627-SAB<br><br>ORDER REQUIRING REMOTE APPEARANCES AT SETTLEMENT CONFERENCE<br><br>**Date: October 22, 2020**<br>**Time: 9:30 a.m.** |

A settlement conference in this matter is currently scheduled on **October 22, 2020, at 9:30 a.m**. before the undersigned. In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the parties shall appear **remotely** via Zoom for the settlement conference.[1] Counsel for the parties shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information.

IT IS SO ORDERED.

Dated:   **September 24, 2020**           /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] Unless otherwise permitted in advance by the Court, the attorneys who will try the case along with the parties and the person or persons having full authority to negotiate and settle the case, on any terms, shall appear at the conference.

1