# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>ETHAN CONRAD, et al.,<br><br>    Defendants. | Case No.  1:19-cv-01627-AWI-SAB<br><br>ORDER REQUIRING DISPOSITIVE DOCUMENTS TO BE FILED AS TO DEFENDANTS JOSE RAMIREZ AND RAMIREZ-VASQUEZ, INC.<br><br>(ECF No. 48) |

On October 22, 2020, a settlement conference was conducted by Magistrate Judge Barbara A. McAuliffe and Plaintiff Jose Trujillo's claims against Defendants Jose Ramirez and Ramirez-Vasquez Inc. were settled.  The parties were ordered to file dispositive documents as to Defendants Ramirez and Ramirez-Vasquez, Inc. within forty-five days.

Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositive documents as to Defendants Jose Ramirez and Ramirez-Vasquez, Inc. within **forty-five (45) days of October 22, 2020**.

IT IS SO ORDERED.

Dated: __**October 23, 2020**__

                        UNITED STATES MAGISTRATE JUDGE

1