1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | Case No. 1:19-cv-01627-SAB |
| Plaintiff, | ORDER RE STIPULATION GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT |
| v. | |
| ETHAN CONRAD, et al., | (ECF No. 54) |
| Defendants. | FIVE DAY DEADLINE |

On November 13, 2019, Plaintiff filed this action under the Americans with Disabilities Act.  (ECF No. 1.)  On June 1, 2020, the Court issued a scheduling order, but did not set a specific deadline for amendments to the pleadings as the parties did not anticipate any amendments to the pleadings.  (ECF No. 33 at 2.)  On December 8, 2020, the parties filed a stipulation requesting the Court grant leave to allow Plaintiff to file an amended complaint. (ECF No. 54.)  The parties submit that the granting of leave to amend will not modify any date or deadline fixed by the scheduling order.

The Court notes that given no deadline to amend was set by the scheduling order, the next relevant deadline to expire is a non-expert discovery deadline of February 26, 2021.  (ECF No. 33.)  Therefore, at this time, the parties are correct that granting leave will not require the modification of a deadline in the scheduling order.  Based on the parties' stipulated agreement,

the Court finds good cause exists to grant leave for Plaintiff to file an amended complaint.

Accordingly, pursuant to the stipulation of the parties and good cause presented, IT IS HEREBY ORDERED that:

1.  Plaintiff is granted leave to file a first amended complaint;

2.  Plaintiff shall file a first amended complaint within five (5) days of entry of this order; and

3.  Defendants' responsive pleading shall be filed within fourteen (14) days after the first amended complaint is filed.

IT IS SO ORDERED.

Dated:   __**December 8, 2020**__

UNITED STATES MAGISTRATE JUDGE

2