# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>          Plaintiff,<br><br>     v.<br><br>ETHAN CONRAD, et al.,<br><br>          Defendants. | Case No.  1:19-cv-01627-SAB<br><br>ORDER REQUIRING PARTIES TO ADDRESS STATUS OF CROSS CLAIM AGAINST ETHAN CONRAD<br><br>THREE DAY DEADLINE |
| ITALIAN CARE GOURMET FOOD SERVICE INC.,<br><br>          Cross Claimant<br><br>     v.<br><br>ETHAN CONRAD,<br><br>          Cross Defendant. | |

On November 13, 2019, Jose Trujillo ("Plaintiff") filed this action against Ethan Conrad, DDB Los Banos Management LLC, Black Bear Diner Los Banos, J.C. Penney Company, Inc., Jose Ramirez, Ramirez-Vasquez Inc., and Italian Gourmet Food Service, Inc. (ECF No. 1.) On February 25, 2020, Defendant Italian Gourmet Food Service, Inc. filed a crossclaim for indemnity against Defendant Conrad. (ECF No. 20.) On May 1, 2020, at the stipulation of the parties, BBD Los Banos Management LLC and Black Bear Diner Los Banos, L.P. were

1

dismissed at the stipulation of the parties. (ECF Nos. 26, 27.)

On May 21, 2020, the matter was stayed against Defendant J.C. Penney Company pursuant to 11 U.S.C. § 362. (ECF Nos. 30, 31.) On December 4, 2020, at the stipulation of the parties, Defendants Jose Ramirez and Ramirez-Vazquez, Inc. were dismissed from the action. (ECF Nos. 51, 53.) On December 9, 2020, Plaintiff filed a first amended complaint against Defendant Ethan Conrad and Italian Gourmet Food Service, Inc. (ECF No. 56.) On December 18, 2020, Defendant J.C. Penney Company, Inc. was dismissed at the stipulation of the parties. (ECF Nos. 57, 58.) On December 23, 2020, Defendants Conrad and Italian Gourmet Food Service, Inc. filed answers to the first amended complaint. (ECF Nos. 59, 60.)

On March 9, 2021, a stipulation of dismissal was filed for Italian Café Gourmet Food Service, Inc. (ECF No. 61.) The stipulation of dismissal states that Defendant Italian Café Gourmet Food Service, Inc. is dismissed from this action, however, it does not reference the cross claim filed by Cross Claimant Italian Gourmet Food Services, Inc. against Cross Defendant Conrad.

Accordingly, within **three (3) days** of the date of entry of this order, the parties shall file a supplement clarifying whether the cross-claim filed by Italian Gourmet Food Services, Inc. is also to be dismissed.

IT IS SO ORDERED.

Dated:   **March 9, 2021**

UNITED STATES MAGISTRATE JUDGE

2