# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>ETHAN CONRAD, et al.,<br><br>    Defendants. | Case No.  1:19-cv-01627-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>THREE DAY DEADLINE |
| ITALIAN CAFE GOURMET FOOD SERVICE INC.,<br><br>    Cross Claimant<br><br>    v.<br><br>ETHAN CONRAD,<br><br>    Cross Defendant. | |

On March 9, 2021, the parties filed a stipulation to dismiss Defendant Italian Café Gourmet Food Service Inc. from this action.  (ECF No. 61.)  However, the stipulation did not address the cross claim by Italian Café Gourmet Food Service's Inc. against Ethan Conrad.  On this same date, an order issued requiring the parties to address the status of the cross claim within three days.  (ECF No. 62.)  More than three days have passed and the parties have responded to the March 9, 2021 order.

1

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that within **three (3) days** of the date of entry of this order, the parties SHALL SHOW CAUSE IN WRITING why sanctions should not issue for the failure to comply with the March 9, 2021 order.

IT IS SO ORDERED.

Dated:   **March 16, 2021**

UNITED STATES MAGISTRATE JUDGE